# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO TORRES OCHOA, | )<br>) |
| Plaintiff, | ) 3:13-cv-00315-RCJ-WGC<br>) |
| vs. | )<br>) **ORDER** |
| S. EVERS, *et al.*, | )<br>) |
| Defendants. | ) |

Arturo Torres Ochoa, an inmate at Ely State Prison, submitted a *pro se* Civil Rights Complaint (received June 12, 2013), but has not paid the required filing fee of $350 or filed an application to proceed in *forma pauperis*. Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter judgment accordingly.

Dated this 9th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE